THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEVI B. DEDRICK, Appellant.

*People* v. *Dedrick*, 184 App. Div. 915, appeal dismissed.
(Submitted October 13, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action under sections 1638 *et seq.* of the Code of Civil Procedure to determine the title to certain real property.

*Carl L. McMahon* for appellant.

*Charles D. Newton, Attorney-General (William T. Moore* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.